Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARS F. BRAUER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXAMONE WORLD WIDE INC. and QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.,<br><br>Defendants. | Case No. 2:22-cv-07760-MEMF (JCx)<br><br>**STIPULATED PERMISSIBLE PURPOSE ORDER**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMAND<br><br>Complaint Filed: October 25, 2022 |

STIPULATED PERMISSIBLE PURPOSE ORDER
1

Plaintiff Lars F. Brauer ("Plaintiff") and Defendants ExamOne World Wide Inc. and Quest Diagnostics Clinical Laboratories, Inc. ("Defendants") (together, the "Parties") hereby jointly stipulate, agree, and respectfully request the entry of an order allowing Defendants to produce certain "consumer report" information to Plaintiff, and in support thereof state as follows:

WHEREAS, Plaintiff has requested certain data from Defendants' records, which Plaintiff may use (among other things) to identify potential members of the several putative nationwide and California classes alleged in the complaint;

WHEREAS, Defendants already have identified certain information that they intend to produce to Plaintiff relating to consumers and anticipates that discovery will entail disclosure of similar types of information about consumers (the "Information");

WHEREAS, some of the Information identified by Defendants includes non-public prescription information, medical information, social security numbers, dates of birth, contact information, other personally-identifying information, and/or "consumer report" information, as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"); and,

WHEREAS, the FCRA provides that "consumer reporting agencies" may only disclose "consumer report" information, and recipients may only receive such "consumer report" information, for certain permissible purposes enumerated in the

STIPULATED PERMISSIBLE PURPOSE ORDER
2

FCRA, and one permissible purpose for disclosing a "consumer report" is "[i]n response to the order of a court having jurisdiction to issue such an order." 15 U.S.C. § 1681b(a)(1).

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel of record, that:

1. Because the Information may be responsive to Plaintiff's discovery requests or support Defendants' defenses in this lawsuit, the Parties jointly petition the Court to issue an order pursuant to 15 U.S.C. § 1681b(a)(1) authorizing Defendants to produce to Plaintiff's undersigned counsel the Information under the Stipulated Protective Order in this matter (ECF 59). Such an order is necessary to facilitate and expedite production of the Information, and to allow Defendants to produce the Information to Plaintiff without redaction.

2. Any Information containing non-public personal information related to consumers and/or "consumer report" information shall be treated as "CONFIDENTIAL" under the Stipulated Protective Order (ECF 59), and therefore Plaintiff's undersigned counsel may use and disclose the Information only consistent with the terms of that order.

3. Given that discovery in this case is ongoing, this Order shall also apply to any additional information containing "consumer report" information produced in

this case by Defendants after the date of this Order. Any such later produced data shall also be considered "Information."

4.  Defendants are expressly relieved of any and all liability for any use or disclosure, whether purposeful, inadvertent or otherwise, of the Information by Plaintiff's undersigned counsel.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

RESPECTFULLY SUBMITTED AND DATED this 15th day of November, 2023.

FRANCIS MAILMAN SOUMILAS, P.C.

By: /s/ James A. Francis
James A. Francis, *Pro Hac Vice*
jfrancis@consumerlawfirm.com
John Soumilas, *Pro Hac Vice*
jsoumilas@consumerlawfirm.com
Lauren KW Brennan, *Pro Hac Vice*
lbrennan@consumerlawfirm.com
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile: (215) 940-8000


TERRELL MARSHALL LAW GROUP PLLC
Beth E. Terrell, CSB #178181
bterrell@terrellmarshall.com
Jennifer Rust Murray, *Pro Hac Vice*
jmurray@terrellmarshall.com
Adrienne D. McEntee, *Pro Hac Vice*
amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103

SIDLEY AUSTIN LLP

By: /s/ Sean A. Commons
Sean A. Commons, CSB #217603
scommons@sidley.com
555 West Fifth Street Suite 4000
Los Angeles, CA 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Mark B. Blocker, *Pro Hac Vice*
mblocker@sidley.com
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-6097
Facsimile: 312-853-7036

*Attorneys for Defendants*

STIPULATED PERMISSIBLE PURPOSE ORDER
4

Telephone: (206) 816-6603
Facsimile: (206) 319-5450

MILLER SHAH LLP
Kolin C. Tang, CSB #279834
kctang@millershah.com
James C. Shah, CSB #260435
jcshah@millershah.com
19712 MacArthur Blvd., Suite 222
Irvine, California 92612
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff and the Class*

STIPULATED PERMISSIBLE PURPOSE ORDER

1    For good cause shown, the Court approves and enters the parties' Stipulated
2  Permissible Purpose Order.
3  IT IS SO ORDERED.
4  DATED: 11/16/23                                    /s/
5                                             Honorable Jacqueline Chooljian
                                              United States Magistrate Judge

STIPULATED PERMISSIBLE PURPOSE ORDER