| | |
|---|---|
| 1 | Sean A. Commons (SBN 217603) |
| 2 | scommons@sidley.com |
|   | Esther M. Maddox (SBN 349466) |
| 3 | emaddox@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
|   | 555 West Fifth Street |
| 5 | Los Angeles, California 90013 |
| 6 | Telephone: (213) 896-6000 |
| 7 | Mark B. Blocker (*pro hac vice*) |
| 8 | mblocker@sidley.com |
|   | SIDLEY AUSTIN LLP |
| 9 | One South Dearborn |
| 10 | Chicago, Illinois 60603 |
|   | Telephone: (312) 853-7000 |
| 11 | |
| 12 | *Attorneys for Defendants ExamOne World Wide,* |
|   | *Inc. and Quest Diagnostics Clinical* |
| 13 | *Laboratories, Inc.* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARS F. BRAUER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXAMONE WORLD WIDE INC. and QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.,<br><br>Defendants. | Case No. 2:22-cv-07760-MEMF (JCx)<br><br>**ADDENDUM TO PARTIES' STIPULATED PROTECTIVE ORDER**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMAND<br><br>Complaint Filed: October 25, 2022 |

Whereas, the Parties entered into a Stipulated Protective Order, approved by the Court, which provides for designating certain Disclosure or Discovery Material as "CONFIDENTIAL," but does not currently provide for designating certain Disclosure or Discovery Material as "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" (ECF No. 61)[1];

Whereas, Non-Parties have asked that certain Disclosure or Discovery Material be deemed "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY"; and

Whereas, the Parties agree to modify the Stipulated Protective Order in a manner consistent with the Court's standard template for protective orders that permit designating certain Disclosure or Discovery Material as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY."

Accordingly, the Parties agree that "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" shall refer to extremely sensitive "CONFIDENTIAL" information or items, the disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means.

The Parties further agree and request that definitions and/or paragraphs 2.5 ("Designating Party"), 2.14 ("Protected Material"), 5.2 ("Designating Protected Material"), 8 ("Protected Material Subpoenaed or Ordered Produced in other Litigation"), and 9 ("A Non-Party's Protected Material Sought to be Produced in this Litigation") of the Stipulated Protective Order be deemed amended as if they referred to both "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" information and items.

The Parties further agree and request that the Stipulated Protective Order be deemed amended to include a new paragraph 7.3 as follows:

---

[1] Unless otherwise indicated, all capitalized terms have the same meaning as in the Stipulated Protective Order.

7.3  <u>Disclosure of "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" Information or Items</u>.  Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL" only to:

(a)  the Receiving Party's Outside Counsel of Record in this Action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this Action;

(b)  Experts (as defined in this Order) of the Receiving Party to whom disclosure is reasonably necessary for this Action and who have signed the "Acknowledgment and Agreement to Be Bound" (ECF No. 61, Ex. A);

(c)  the court and its personnel;

(d)  private court reporters and their staff to whom disclosure is reasonably necessary for this Action and who have signed the "Acknowledgment and Agreement to Be Bound" (ECF No. 61, Ex. A);

(e)  professional jury or trial consultants, mock jurors, and Professional Vendors to whom disclosure is reasonably necessary for this Action and who have signed the "Acknowledgment and Agreement to Be Bound" (ECF No. 61, Ex. A);

(f)  the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information; and

(g)  any mediator or settlement officer, and their supporting personnel, mutually agreed upon by any of the parties engaged in settlement discussions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

RESPECTFULLY SUBMITTED AND DATED this 15th day of December, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | SIDLEY AUSTIN LLP |
|---|---|
| By: /s/ Lauren KW Brennan<br>Beth E. Terrell, CSB #178181<br>bterrell@terrellmarshall.com<br>Jennifer Rust Murray, *Pro Hac Vice*<br>jmurray@terrellmarshall.com<br>Adrienne D. McEntee, *Pro Hac Vice*<br>amcentee@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603 | By: /s/ Sean A. Commons<br>Sean A. Commons, CSB #217603<br>scommons@sidley.com<br>555 West Fifth Street Suite 4000<br>Los Angeles, CA 90013-1010<br>Telephone: 213-896-6000<br><br>Mark B. Blocker, *Pro Hac Vice*<br>mblocker@sidley.com<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: 312-853-6097 |
| MILLER SHAH LLP<br><br>James C. Shah, CSB #260435<br>jcshah@millershah.com<br>19712 MacArthur Blvd., Suite 222<br>Irvine, California 92612<br>Telephone: (866) 540-5505 | *Attorneys for Defendants ExamOne World Wide, Inc. and Quest Diagnostics Clinical Laboratories, Inc.* |
| FRANCIS MAILMAN SOUMILAS, P.C.<br><br>James A. Francis, *Pro Hac Vice*<br>jfrancis@consumerlawfirm.com<br>John Soumilas, *Pro Hac Vice*<br>jsoumilas@consumerlawfirm.com<br>Lauren KW Brennan, *Pro Hac Vice*<br>lbrennan@consumerlawfirm.com<br>1600 Market Street, Suite 2510<br>Philadelphia, PA 19103<br>Telephone: (215) 735-8600<br><br>*Attorneys for Plaintiff Lars F. Brauer and the Class* | |

3
ADDENDUM TO PARTIES' STIPULATED PROTECTIVE ORDER

The Court hereby adopts the parties' above-stated proposed addendum to the parties' previously adopted Stipulated Protective Order (Docket No. 61).

IT IS SO ORDERED.

DATED: December 19, 2023

/s/
Honorable Jacqueline Chooljian
United States Magistrate Judge